IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.                         CASE NO. 4:19-CR-00620-BSM

SEMAJ THOMPSON                                                               DEFENDANT

## ORDER

Semaj Thompson's motion to reduce his sentence [Doc. No. 45] is denied. A sentence must sufficiently reflect the seriousness of the offense and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2).

Thompson pled guilty to possession of a firearm by a felon, but there were aggravating circumstances surrounding his arrest. After getting into a dispute with the mother of his child, Thompson battered her and fired multiple shots at her vehicle while the children were inside. PSR, ¶ 6. When the police were attempting to arrest him, Thompson pulled out a nine-millimeter pistol and fled on foot. *Id.* He was arrested, then escaped, and was finally caught several blocks away. *Id.* Given these facts, Thompson's original sentence of 71 months is appropriate.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE